REID COLLINS & TSAI LLP
2 Wall Street, Suite 5200
New York, N.Y. 10005
(212) 344-5200
Jeffrey E. Gross
Jgross@rctlegal.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                                    :
ETALON IMOB S.R.L. and MAOR ZINGER,    :
                                                    :    Index No. 12-6868 (BSJ)98 CIV. 8272
                        Plaintiffs,                  :    (RPP) (JCF)
                                                    :
                       v.                             :
                                                    :    **DECLARATION OF JEFFREY E.**
LAWRENCE H. SCHOENBACH, THE LAW      :    **GROSS FOR WITHDRAWAL OF**
OFFICES OF LAWRENCE H. SCHOENBACH,  :    **ATTORNEY**
PLLC, INAH HOLDINGS, LLC,                       :
INTERNATIONS ASSETS & HOLDINGS, LLC, :
and RICARDO LEON,                                     :
                                                    :
                        Defendants.
------------------------------------X

        I, JEFFREY E. GROSS, an attorney admitted to practice in this Court, affirms under penalty of perjury:

        1.      I am a member of Reid Collins & Tsai LLP, and currently listed as the lead attorney for Plaintiffs Etalon Imob S.R.L. and Maor Zinger (collectively "Plaintiffs") in this action.

        2.      I have been a member of Reid Collins & Tsai LLP since October of 2012.

        3.      I became involved in this action through a partner at Vandenberg & Feliu, LLP when I was at that firm. I no longer represent Plaintiffs.

WHEREFORE, I respectfully request to be removed from the distribution list for ECF notifications in this action. I also respectfully request to be withdrawn as counsel for Plaintiffs in this action.

_____
JEFFREY E. GROSS

Dated: New York, New York
       October 5, 2012