UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
ETALON IMOB S.R.L. and MAOR ZINGER,

                              Plaintiff,

-against-

LAWRENCE H. SCHOENBACH, and THE LAW
OFFICES OF LAWRENCE H. SCHOENBACH,
PLLC, INAH HOLDINGS, LLC, INTERNATIONS
ASSETS & HOLDINGS, LLC, and RICARDO
LEON,

                              Defendants.
----------------------------------------------------------------X

12-CV-6868 (BSJ) (AJP)

DECLARATION OF
RICARDO LEON

      Ricardo Leon hereby declares and states under the penalties of perjury under the laws of the United States that the following is true and correct:

      1. I am one of the named individual defendants in this action, and am submitting this declaration in support of the defendants' motion to dismiss the complaint.

      2. Over the course of the past two years I have had several meetings and telephone discussions with Mr. Maor Zinger, the individual plaintiff in this action and the principal of the corporate plaintiff, Etalon Imob S.R.L. During the course of those discussions and meeting, Mr. Zinger has told me that he has moved his home from Israel to Florida. In about May or June of 2011, Mr. Zinger told me

1

that he purchased his home in Lighthouse Point, Florida for about $2.0 million. He has also told me that he loves Florida and that he intends to stay in Florida.

3. In addition, on two separate occasions within the past year, I have visited Mr. Zinger at his home in Lighthouse Point, Florida, where he lives with his wife, Camelia, and their two children. On the two occasions I visited him in his home, Mr. Zinger was with his three-year old child, and Mr. Zinger was the person responsible for taking care of that child while his wife and his other child were out. I have also had dinner with Mr. Zinger about 5 to 10 times near his home in Florida; have had lunch with him more than 10 times in Florida near the place of business of my company, Internations Assets & Holdings, LLC; and have had coffee with him and his wife on several occasions near his home in Florida.

4. In the papers submitted by the plaintiffs at the beginning of this case, the plaintiffs stated to the Court that they did not know where I live. That is not true. As the plaintiffs know full well, I live in Zurich, Switzerland and have been living there for the past year on a permanent basis at the Renaissance Zurich Tower Hotel. That is my home and it is the place that I regularly return to when I am out of the county and traveling for business. Moreover, the plaintiffs *know* that I live in Zurich because Mr. Zinger visited me there for an *entire month* earlier this year. Attached as Exhibit 1 is a true and correct copy of Mr. Zinger's hotel bill, which I have because I paid for Mr. Zinger's stay. The bill shows that Mr. Zinger stayed at

2

the hotel for the period from March 28, 2012 through April 29, 2012. Thus, the suggestion by Mr. Zinger that he did not know where I live is a blatant falsehood. The Court should also note that the hotel bill provides that Mr. Zinger's address is at his home in Lighthouse Point, Florida.

5. I am also submitting this declaration in support of my request for a protective order to protect my business relations from being damaged by Zinger. Zinger earlier this year, just prior to filing this lawsuit against me, personally threatened to destroy my reputation in my business of raising project financing. In addition, over the past two years, as I was working to obtain his financing, Zinger repeated attempted to contact directly my personal business contacts and I had to continually block Zinger from intruding on those relations. Indeed, on one occasion in July of 2012, when I was in Hong Kong meeting with some of my banking and business contact in a hotel lobby, Zinger, who apparently had been spying on me, suddenly appeared in the hotel lobby, sat directly next to me and my contacts and attempted to listen in on the conversation and then interject himself into the discussions. And now that Zinger has brought an action against me and my companies, I am concerned that Zinger will obtain from me in discovery contact information for my business relations in an effort to damage my reputation and my ability to conduct business. Under these circumstances, I request that the

3

Court provide me with an order protecting me from the misuse of my personal and business information.

6. I declare under the penalty of perjury pursuant to 28 U.S.C. §1746 that the foregoing is true and correct.

Executed on October 18, 2012 in Zurich, Switerland.

_____

Ricardo Leon