| UNITED STATES DISTRICT COURT | USDC SDNY |
| SOUTHERN DISTRICT OF NEW YORK | DOCUMENT |
| | ELECTRONICALLY FILED |
| | DOC# _____ |
| ------------------------------------- x | DATE FILED: 11/19/12 |

```
------------------------------------- x
ETALON IMOB S.R.L. & MAOR ZINGER,     :

            Plaintiffs,               :    12 Civ. 6868 (BSJ) (AJP)

    -against-                         :    RULE 16 IPTC SCHEDULING ORDER

LAWRENCE H. SCHOENBACH, et al.,       :

            Defendants.               :
------------------------------------- x
```

**ANDREW J. PECK, United States Magistrate Judge:**

Based on the Initial Pretrial Conference pursuant to Rule 16, Fed. R. Civ. P., held on November 19, 2012 before Magistrate Judge Andrew J. Peck, IT IS HEREBY ORDERED THAT:

1. Defendants' answer due December 3, 2012.

2. All fact and expert discovery must be completed by March 29, 2013. Expert reports must be served by February 15, 2013 plaintiffs, March 1, 2013 defendants. Mandatory initial disclosure pursuant to Rule 26(a)(1), Fed. R. Civ. P., is due December 7, 2012.

3. Each party will notify this Court (and the District Judge) by April 1, 2013 as to whether it intends to move for summary judgment and, if required by the District Judge's chamber rules, request a pre-motion conference. Assuming pre-motion clearance has been obtained from the District Judge where required, summary judgment motions must be filed by April 22, 2013 if no date was set by the District Judge or, if a date was set by the District Judge, in accordance with the schedule set by the District Judge, and must comply with the Federal Rules of Civil Procedure, the Local Rules of this Court, and the chamber rules of the District Judge to whom this case is assigned (including any pre-motion conference requirements of the District Judge).

4. The parties are to submit a joint proposed pretrial order, in conformance with the Federal Rules of Civil Procedure, the Local Rules of this Court, and the chamber rules of the District Judge to whom this case is assigned, by April 22, 2013 if neither party is moving for summary judgment, or 30 days after decision on the summary judgment motion. The case will be considered trial ready on 24-hours notice after the pretrial order has been submitted.

5. A status conference will be held before the undersigned on December 19, 2012 at 3:00 p.m. in Courtroom 20D (500 Pearl Street).

6. The parties are directed to follow the "Individual Practices of Magistrate Judge Andrew J. Peck," a copy of which was previously provided.

SO ORDERED.

DATED: New York, New York
November 19, 2012

_____
Andrew J. Peck
United States Magistrate Judge

Copies to: All Counsel
Judge Barbara S. Jones