Feb 21 2013 9:47PM    HP LASERJET FAX                                      p.1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 2/22/13

LAW OFFICE OF
# NATHANIEL B. SMITH

ATTORNEY AT LAW
111 BROADWAY
NEW YORK, NEW YORK 10006

NATHANIEL B. SMITH

**MEMO ENDORSED** 2/21/13

RECEIVED
FEB 21 2013
CHAMBERS OF
ANDREW J. PECK

February 21, 2013

BY TELECOPIER

Hon. Andrew J. Peck
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Etalon v. Schoenbach
12-cv-6868 (BJS) (AJP)

Dear Judge Peck:

Pursuant to the Court's Order at the February 20, 2013 conference in the above-referenced action, I am writing to inform the Court about the status of discussions regarding the deposition of Ricardo Leon. After discussions with Mr. Leon regarding the Court's rulings and Your Honor's observations about the Leon deposition, I informed plaintiffs' counsel that Mr. Leon wanted to appear for his deposition by telephone pursuant to Rule 30(b)(4). Since Mr. Leon does not want to waive his right to appear at any trial and defend himself and since there are pending motions that challenge both subject matter and personal jurisdiction over him, I submit that a telephonic deposition is a reasonable compromise under the circumstances, especially since the plaintiffs requested – and the Court granted – the plaintiffs' application yesterday to take several other depositions by telephone. Today, plaintiffs' counsel informed me that he objects to this suggestion.

Accordingly, I am writing to request that the Court direct that pursuant to Rule 30(b)(4) of the Federal Rules of Civil Procedure that the deposition of Mr. Leon go forward by telephonic means.

Respectfully submitted,

*Nathaniel B. Smith*
Nathaniel B. Smith

212-805-7933
cc: Raymond Vandenberg, Esq.
by fax (212-763-6810)

BY ECF

[Handwritten endorsement by Judge Peck:]
1. This was not one of the options on the table. It is rejected.
2. The Court will consider the idea of allowing the deposition to go forward by videoconference — at [defense's?] — or if the Court appoints — or all counsel in New York & the party [stipulates?] to this procedure.
3. How about to [provide?] an affidavit [illegible]
[Additional notes regarding 2012-13, how often he has been in [NY?] for [business?] such trips — & whether he was [deposed?] how long [illegible] such trips.
4. [illegible] off + parties [illegible] able dep due by 10AM Monday 2/25.

SO ORDERED:
*Andrew Peck*
Hon. Andrew Jay Peck
United States Magistrate Judge

[copy to all counsel]

# ECF TRANSCRIPTION SHEET



**ANDREW J. PECK**
**UNITED STATES MAGISTRATE JUDGE**
**UNITED STATES DISTRICT COURT**
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.: (212) 805-7933
Telephone No.: (212) 805-0036

Dated: February 22, 2013          Total Number of Pages: 2

## TRANSCRIPTION OF MEMO ENDORSED ORDER

1. This was not one of the options on the table. It is rejected.

2. The Court will consider the idea of allowing the deposition to go forward by videoconference – at defendants' expense, and with the Court reporter and all counsel in New York (if the parties stipulate to this procedure).

3. Mr. Leon also is to provide an affidavit identifying how often he has been in North America in 2012-13, and where he was (and for how long) for each trip.

4. That affidavit and parties' positions re video dep. due by 10 AM on Monday 2/15.

Copies by ECF to: All Counsel