UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

ETALON IMOB S.R.L. & MAOR ZINGER,  :

          Plaintiffs,  :

    -against-  :

LAWRENCE H. SCHOENBACH, et al.,  :

          Defendants.  :

------------------------------------- x

12 Civ. 6868 (AJP)

**REVISED RULE 16
SCHEDULING ORDER**

**ANDREW J. PECK, United States Magistrate Judge:**

Based on the conference pursuant to Rule 16, Fed. R. Civ. P., held on March 15, 2013 before Magistrate Judge Andrew J. Peck, IT IS HEREBY ORDERED THAT:

1. Defendants are to obtain new counsel by March 29, 2013.

2. All fact and expert discovery must be completed by April 15, 2013.

3. Each party will notify this Court (and the District Judge) by April 16, 2013 as to whether it intends to move for summary judgment and, if required by the District Judge's chamber rules, request a pre-motion conference. Assuming pre-motion clearance has been obtained from the District Judge where required, summary judgment motions must be filed by April 30, 2013 if no date was set by the District Judge or, if a date was set by the District Judge, in accordance with the schedule set by the District Judge, and must comply with the Federal Rules of Civil Procedure, the Local Rules of this Court, and the chamber rules of the District Judge to whom this case is assigned (including any pre-motion conference requirements of the District Judge).

4. The parties are to submit a joint proposed pretrial order, in conformance with the Federal Rules of Civil Procedure, the Local Rules of this Court, and the chamber rules of the

District Judge to whom this case is assigned, by April 30, 2013 if neither party is moving for summary judgment, or 30 days after decision on the summary judgment motion. The case will be considered trial ready on 24-hours notice after the pretrial order has been submitted.

5. A status conference will be held before the undersigned on April 2, 2013 at 9:30 a.m. in Courtroom 20D (500 Pearl Street).

SO ORDERED.

DATED: New York, New York
March 15, 2013

_____
**Andrew J. Peck**
United States Magistrate Judge

Copies **by ECF** to: All Counsel