UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ETALON IMOB S.R.L., ET Al.,

        Plaintiffs,

- against -

LAWRENCE H. SCHOENBACH, ET AL.,

        Defendants.

---

12 Civ. 6868 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

The Court has reviewed the Report and Recommendation of Magistrate Judge Peck dated November 10, 2014. There have been no objections to the Report and the time for any objections has passed. In any event, the Court finds that the Report and Recommendation is well founded and should be adopted.

Therefore, the plaintiff's complaint is **dismissed** without prejudice for failure to prosecute and the counterclaim is **dismissed** on consent.

The Clerk is **directed to close this case** and to **close any pending motions**.

SO ORDERED.

Dated:    New York, New York
           December 1, 2014

                                        John G. Koeltl
                                    United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 12/2/14